**United States Bankruptcy Court**
**Northern District of Ohio**

IN RE:  Case No. __13-33563__

__Mancini, Ralph__                                            Chapter __7__
                              Debtor(s)

## MOTION TO AVOID JUDICIAL LIEN

Debtor(s) commenced this case on __8/27/2013__ by filing a voluntary petition for relief under Chapter __7__ of Title 11 of the United States Code.

Pursuant to 28 U.S.C. § 1334, this court has jurisdiction over this motion filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judicial lien held by __Albrechta & Coble, LTD__ on property held by the debtor.

On __9/17/2012__, creditor recorded a judicial lien against the following items of debtor's property:

**1826 Burgoon Street**
**Fremont, Ohio 43420**

The said judicial lien is entered of record as follows:

All such property of debtor(s) has been claimed as fully exempt in the debtor's bankruptcy case.

The existence of the creditor's lien on debtor(s) property impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. § 522(b).

WHEREFORE, debtor(s) pray for an order against __Albrechta & Coble, LTD__ avoiding and cancelling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Dated: __January 29, 2014__                           __/s/ Ralph Mancini__
                                                                         Debtor

__/s/ Donald Harris__                                   Joint Debtor (if any)
**Donald Harris**
**Donald Harris Law Firm**
**158 Columbus Ave**
**Sandusky, OH 44870-2549**
**(419) 621-9388 Fax: (419) 239-2313**

1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Ohio**

IN RE: Case No. __13-33563__

__Mancini, Ralph__                                      Chapter __7__
Debtor(s)

### ORDER TO AVOID JUDICIAL LIEN

The motion of the above-named debtor(s) to avoid the lien of __Albrechta & Coble, LTD__ is granted.

The lien is a judicial lien that impairs the exemptions on the following property:

**1826 Burgoon Street**<br>**Fremont, Ohio 43420**

The said judicial lien is entered of record as follows: Unless debtor's bankruptcy case is dismissed, the lien of the creditor is hereby extinguished and the lien shall not survive bankruptcy, affix to or remain enforceable against the aforementioned property of the debtor.

__Albrechta & Coble, LTD__ shall take all necessary steps to remove any record of the lien from the aforementioned property of the debtor.

_____          _____
Date                                                                       Bankruptcy Judge